# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| HIGGINBOTHAM, PATRICK E | U.S. COURT OF APPEALS, FIFTH | 05/15/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (SENIOR JUDGE) | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2009 to 12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 903 SAN JACINTO BLVD, ROOM 400 AUSTIN, TX 78701 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only: see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. TRUSTEE, CHAIR, BOARD OF TRUSTEES | THE CENTER FROM AMERICAN & INTERNATIONAL LAW (FORMERLY THE SOUTHWESTERN LEGAL FOUNDATION) |
| 2. BOARD OF OVERSEERS | RAND - INSTITUTE FOR CIVIL JUSTICE |
| 3. ETHICS 2000 COMMISSION, MEMBER | AMERICAN BAR ASSOCIATION |
| 4. CO-INDEPENDENT EXECUTOR | TRUST #1 |
| 5. INDEPENDENT EXECUTOR | TRUST #2 |

## II. AGREEMENTS. *(Reporting individual only: see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Higginbotham, Patrick E.

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05-15-2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | ST. MARY'S UNIVERSITY (TEACHING) | $ 90,940 14 |
| 2. 2009 | MATTHEW BENDER (WRITING) | $ 3,020 00 |
| 3. 2009 | DUKE UNIVERSITY (TEACHING) | $ 4,500 00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | SEE ATTACHEMENTS | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4 | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05-15-2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div, rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>of private<br>transaction) |
| 1. | BANK OF AMERICA ACCOUNT | A | Interest | J | T | | | | | |
| 2. | NEW YORK LIFE INSURANCE COMPANY | A | Interest | J | T | | | | | |
| 3 | BEAL BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 4. | VERIZON COMMON STOCK | A | Dividend | J | T | PARTIAL | 2/12 | K | A | |
| 5 | COMCAST COMMON STOCK | A | Dividend | J | T | | | | | |
| 6. | AT&T CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 7. | FLORIDA ST BRD ED | A | Interest | J | T | | | | | |
| 8. | BAY AREA TOLL AUTH CA | A | Interest | J | T | | | | | |
| 9. | FULTON CNTY GA DEV AUTH SPL FACS REV DELTA (MUNI BOND) | | None | J | T | | | | | |
| 10. | CHEROKEE CO GA HOSP AUTH RV CTFS REF MBIA | B | Interest | K | I | PARTIAL | 12/1 | J | A | |
| 11. | COCNINO YAVAPAI AZ JT | A | Interest | J | T | | | | | |
| 12. | MARICOPA CO AZ UNI SCH | A | Interest | J | I | | | | | |
| 13. | HAWAII ST | A | Interest | J | T | | | | | |
| 14. | CYPRESS-FAIRBANKS TEX | B | Interest | K | T | | | | | |
| 15. | HOUSTON TEX INDPT SCH | B | Interest | K | T | | | | | |
| 16 | CHATHAM CNTY GA HOSP REV | A | Interest | J | T | | | | | |
| 17. | FULCO GA HSP AT RV ANTIC CTFS ST | B | Interest | K | T | | | | | |

| 1 Income Gain Codes | A - $1,000 or less | B = $1,001 - $2,500 | C - $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F - $50,001 - $100,000 | G - $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K - $15,001 - $50,000 | L - $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O - $500,001 - $1,000,000 | P1 - $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 - $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q - Appraisal | R - Cost (Real Estate Only) | S - Assessment | T - Cash Market | |
| (See Column C2) | U - Book Value | V - Other | W - Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent.<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>of private<br>transaction) |
| 18. | GEORGE L. SMITH II GA WLD CONGR RV (MUNI BOND) | A | Interest | J | T | | | | | |
| 19. | FULTON CNTY GA DEV AT RV GA TECH FNDTN (MUNI BOND) | A | Interest | J | T | | | | | |
| 20. | AGL RESOURCES INC COMMON STOCK | B | Dividend | K | T | | | | | |
| 21. | AT & T CORP (FORMERLY BELL SOUTH CORP) | A | Dividend | | | SELL | 2/12 | J | A | |
| 22. | BLACKROCK GLOBAL ALLOCATION FD INC | A | Dividend | I | T | | | | | |
| 23. | DTE ENERGY COMPANY COMMON STOCK | A | Dividend | J | T | | | | | |
| 24 | DUKE ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 25. | EXXON MOBIL CORP COMMON STOCK | C | Dividend | M | T | | | | | |
| 26. | GENERAL ELECTRIC COMMON STOCK | A | Dividend | | | SELL | 2/12 | J | A | |
| 27. | POST PROPERTIES INC REIT | A | Dividend | | | SELL | 2/12 | J | A | |
| 28. | MS MUN INC OPPT ST III | A | Dividend | | | SELL | 2/12 | J | A | |
| 29. | MS QUALITY MUN SECS (MUTUAL FUND) | A | Dividend | | | SELL | 2/12 | J | A | |
| 30. | PIMCO TOTAL RETURN FD (MUTUAL FUND) | A | Dividend | J | T | | | | | |
| 31. | PIONEER HIGH YIELD FUND CLASS C | A | Dividend | J | T | | | | | |
| 32. | VAN KAMPEN SENIOR INCM TR | A | Dividend | J | T | PARTIAL | 2/12 | J | A | |
| 33. | TRUST #1 | | None | | | NO VALUE | | | | |
| 34. | TRUST #2 - RENTAL PROPERTIES (TARRANT COUNTY, TX) | A | Rent | N | W | | | | | |

| 1. Income Gain Codes<br>(See Columns B1 and D1) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05 15 2010 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. TRUST #2 - ROYALTY INTEREST (TULSA, OK) | A | Royalty | J | W | | | | | |
| 36. RENTAL PROPERTY (PENSACOLA, FL) | D | Rent | M | W | | | | | |
| 37. ROYALTY INTEREST (TULSA, OK) | B | Royalty | J | W | | | | | |
| 38. IRA, BANK OF AMERICA | B | Interest | L | T | | | | | |
| 39. IRA, BANK OF AMERICA (MONEY MARKET) | A | Interest | J | T | | | | | |
| 40. CHASE ACCOUNT (TRUST #1) | | None | | | NO VALUE | | | | |
| 41. MERRILL LYNCH BANK U.S A | | None | L | T | | | | | |
| 42. MERRILL LYNCH BANK & TRUST | A | Interest | L | T | | | | | |
| 43. COCA COLA | B | Dividend | K | T | | | | | |
| 44. ORLANDO FL UTL CMMN UTL SYS RV SER A RF OID MBIA | A | Interest | J | T | | | | | |
| 45. CENTRAL GREENE PA SCH DIST SER B RF OID FSA | A | Interest | J | T | | | | | |
| 46. ROCHESTER NH XLCA | A | Interest | J | T | | | | | |
| 47. ERIE CNTY NY SER D-2 RF MBIA | A | Interest | J | T | | | | | |
| 48. HOUSTON TEX CMTY CLG SYS RV JR SER A RF MBIA | A | Interest | | | REDEMPTION | 4/15 | J | A | |
| 49. RENTAL PROPERTY (AUSTIN, TX) | D | Rent | M | W | | | | | |
| 50. DELTA AIR LINES INC | | None | J | T | | | | | |
| 51. IDEARC INC | | None | | | SELL | 2/12 | J | A | |

| 1 Income Gain Codes | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D1) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2 Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3 Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05 15 2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52  SPECTRA ENERGY CORP | A | Dividend | J | T | PARTIAL | 2/12 | J | A | |
| 53.  FAIRPOINT COMMUNICATIONS | | None | | | SELL | 2/12 | J | A | |

| 1 Income Gain Codes | A  $1,000 or less | B  $1,001 - $2,500 | C  $2,501 - $5,000 | D  $5,001 - $15,000 | E  $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F  $50,001 - $100,000 | G  $100,001 - $1,000,000 | H1  $1,000,001 - $5,000,000 | H2  More than $5,000,000 | |
| 2 Value Codes | J  $15,000 or less | K  $15,001 - $50,000 | L  $50,001 - $100,000 | M  $100,001 - $250,000 | |
| (See Columns C1 and D3) | N  $250,001 - $500,000 | O  $500,001 - $1,000,000 | P1  $1,000,001 - $5,000,000 | P2  $5,000,001 - $25,000,000 | |
| | P3  $25,000,001 - $50,000,000 | | P4  More than $50,000,000 | | |
| 3 Value Method Codes | Q  Appraisal | R  Cost (Real Estate Only) | S  Assessment | T  Cash Market | |
| (See Column C2) | U  Book Value | V  Other | W  Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| HIGGINBOTHAM, PATRICK E | 05-15-2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E
Washington, D.C. 20544

## SECTION IV. REIMBURSEMENTS AND GIFTS

Attachment to AO-10 - Financial Disclosure Statement

Patrick E. Higginbotham
Report Dated: April 20, 2010

| SOURCE | DESCRIPTION |
|---|---|
| Tobin Project/ALI Elections, Scholarship Conference Duke Law School | Participant - Durham, North Carolina Feb. 27 - 28, 2009 (transportation, lodging, meals, cab, airport parking) |
| Judicial Conference of the Fifth Circuit | Member Participant - New Orlean, LA May 3 - 6, 2009 (transportation, lodging, meals) |
| New York Criminal Bar Association | Guest Speaker - New York, NY June 15, 2009 (transportation, lodging, meals) |
| Duke Law School Senior Lecturing Fellow | Participant - Durham, NC Nov. 23, 2009 (paid to teach, expenses not reimb.) |